**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                                  Case No. 11-cr-26-PB

<u>**Rosilys Deoleo**</u>

## **O R D E R**

The defendant has moved to continue the April 5, 2011 trial in the above case. Defendant cites the need for additional time finalize plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 5, 2011 to May 3, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on April 22, 2011 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 23, 2011

cc: Patrick Richard, Esq.
    Terry Ollila, AUSA
    United States Marshal
    United States Probation